## Commonwealth *v*. Spanks, Appellant.

Submitted March 15, 1971. *Wilbur Greenberg*, and *Miller, Pincus, Greenberg & Golden*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order Affirmed.

## Commonwealth *v*. Stiffler, Appellant.

Argued March 8, 1971. *John J. Krafsig, Jr.*, Assistant Public Defender, with him *Gerald E. Ruth*, Public Defender, for appellant; *J. Patrick Clark*, Assistant District Attorney, with him *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.